UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARVIN BISHOP,

        Plaintiff,

- against -

ANTHONY JOHN BLINKEN, Secretary of State;
MERRICK GARLAND, Attorney General;
NICOLE D. THERIOT, United States Ambassador
to the Co-operative Republic of Guyana; BREON
PEACE, United States Attorney,

        Defendants.
------------------------------------------------------------X

**ORDER**
24-CV-4731 (LDH)

LaSHANN DeARCY HALL, United States District Judge:

    Upon the complaint seeking a declaratory judgment that he is a United States citizen and compelling the United States to issue him a passport, Petitioner's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is granted.

    Within 60 days of the date of this Order, the United States Attorney, as attorney for Defendants, is directed to respond to this action, and shall serve a copy of the response on Plaintiff, with proof of such service to the Clerk of Court.

    Service of a copy of this Order, together with a copy of the Complaint, shall be made by the Clerk of this Court via Electronic Case Filing (ECF) to the United States Attorney and by mailing a copy of this Order to Plaintiff.

SO ORDERED.

    /s/LDH
LaSHANN DeARCY HALL
United States District Judge

Dated: February 19, 2025
      Brooklyn, New York